ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM, CSBN 147248
Assistant United States Attorney
    300 N. Los Angeles Street #7516
    Los Angeles, CA 90012
    Telephone: (213) 894-2446
    Facsimile: (213) 894-2819
    Email: cedina.kim@usdoj.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TERRY JOSEPH CATTANO, | No. CV 10-9210 DOC-RNB |
| Plaintiff, | [~~PROPOSED~~] ORDER AWARDING EAJA COSTS PURSUANT TO 28 U.S.C. § 1920 |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) Costs, IT IS ORDERED that Plaintiff shall be awarded EAJA attorney costs in the amount of FIVE HUNDRED SIXTY-THREE DOLLARS AND 00 CENTS ($563.00), as authorized under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation. Payment shall be delivered to Plaintiff's counsel.

Dated: January 25, 2012

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE