FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY 14 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY JOSEPH CATTANO,<br><br>   Plaintiff,<br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No. CV 10-9210-DOC (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed all the records and files herein, including plaintiff's Motion for Attorney Fees under the Equal Access to Justice Act ("EAJA Motion"), the Commissioner's Opposition to the EAJA Motion and plaintiff's Reply thereto, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT THEREFORE IS ORDERED that plaintiff's EAJA Motion is denied.

DATED:  May 11, 2012

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

1